IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ARNAZ PERRY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 3:04-0525<br>Judge Trauger<br>Magistrate Judge Brown |
| HOEGANAES CORPORATION, | ) ) | JURY DEMAND |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying memorandum, the Motion for Summary Judgment (Docket No. 16) filed by defendant Hoeganaes Corporation is **GRANTED** and the claims of plaintiff Arnaz Perry are **DISMISSED**.

It is so **ORDERED**.

Enter this 4th day of August 2005.

_____
ALETA A. TRAUGER
United States District Judge